## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Artur Hakobyan, | Civil No. 07-2275 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Alberto Gonzalez, et al., | |
| Defendants. | |

---

Pursuant to the parties' Stipulation (Doc. No. 4), **IT IS ORDERED** that this action is

**DISMISSED WITHOUT PREJUDICE** as moot; each party shall bear its own attorney's fees,

costs and disbursements.

Dated: July 9, 2007

                                                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge